# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Chicago & Vicinity Laborers' District Council Pension Fund et al v. Oro

Case Number: 26-10831

An appearance is hereby filed by the undersigned as attorney for:

Construction & General Laborers District Council of Chicago and Vicinity

Attorney name (type or print): Joanna Barrera

Firm: Construction & General Laborers District Council of Chicago and Vicinity

Street address: 999 McClintock Drive, Suite 300

City/State/Zip: Burr Ridge, IL 60527

Bar ID Number: 6327151
(See item 3 in instructions)

Telephone Number: (630) 655-8289

Email Address: ckilbride@liunachicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/3/2026

Attorney signature: S/ Mary Colleen Kilbride
(Use electronic signature if the appearance form is filed electronically.)