**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | |
| **And** | **Case No.: 26 cv 10831** |
| **CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO & VICINITY,** | **Honorable Sharon Johnson Coleman** |
| **Plaintiffs,** | **Magistrate Judge Albert Berry III** |
| **v.** | |
| **ORO STONE LANDSCAPING, LLC, an Illinois limited liability corporation, and ORO STONE LANDSCAPING 1, LLC, an Illinois limited liability corporation,** | |
| **Defendants.** | |

**<u>JOINT INITIAL STATUS REPORT</u>**

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, not individually, but as Administrator of the Funds, (hereinafter the "Funds,") by their attorney, Sara S. Schumann, and the Construction and General Laborers' District Council of Chicago & Vicinity (hereinafter the "Union") by their attorney Joanna Barrera, and Defendants Oro Stone Landscaping, LLC and Oro Stone Landscaping 1, LLC (collectively the "Company" or "Oro"), by their attorney Todd A. Miller, and hereby submit this Joint Initial Status Report. In support of this Report, the Parties state as follows:

**1. The Nature of the Case**

**Attorneys For:**

**Plaintiffs the Funds:**
Patrick T. Wallace (lead)
Amy N. Carollo
G. Ryan Liska
Sara S. Schumann
Office of Funds Counsel
Laborers' Pension and Welfare Funds
11465 W. Cermak
Westchester, IL 60154

**Plaintiffs the Union:**
Joanna Barrera
Mary Colleen Kilbride
Laborers' District Council
999 McClintock Dr. Suite 300
Burr Ridge, IL 60527

**Defendants:**
Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

**Nature of Claims Asserted**

Plaintiffs, Funds and Union brought this case against Defendants, filing an Amended Complaint on September 9, 2026, alleging in Count I that Oro failed to submit and pay its benefit contributions from April 1, 2021 to March 31, 2024, as evidenced by an independent auditing firm's report to Funds ("Audit 1"), and thus owed those unpaid benefits, liquidated damages, accumulated interest, audit costs and the Funds' attorneys' fees and court costs per its obligations under the collective bargaining agreement and the Funds' respective Trust Agreements. Count II alleges Oro failed to report and transfer amounts for dues removed from covered worker's gross wages and failed to transmit those amounts to the Union from April 1, 2021 through March 31, 2024, as reflected in Audit 1 and from April 1, 2024 forward as reflected in an updated audit that is now in progress, plus liquidated damages on all such dues amounts found owed. Count III alleges Oro Stone Landscaping, LLC ("Oro") and Oro Stone Landscaping 1, LLC ("Oro 1") are a single employer and/or Oro 1 is the alter ego of Oro intentionally formed to avoid Oro's obligations to Funds and Union. Count IV

is a section 301 enforcement action for a Joint Grievance Award that amongst other things seeks the Funds' and Union's Audit 1 damages, as well as seeks the corresponding wages owed by the Company per a Wage Audit of the same period and the Union's audit cost for the Wage Audit, plus all amounts awarded by the Joint Grievance Committee to the Funds and Union as stated in the Award that was attached to the Amended Complaint. Count V alleges Oro and Oro 1 owe benefit contributions from April 1, 2024 forward for that audit period that is in progress, since the filing of this lawsuit.

**Major Legal and Factual Issues**

The principal legal and factual issues are if the Company performed work defined as covered under the terms of the collective bargaining agreement and is therefore responsible for submitting and paying its benefit contributions, dues and the corresponding wages, as reflected owed from the audits and whether the Funds are entitled to liquidated damages, interest, and attorneys' fees resulting from the Company's alleged breach of the collective bargaining agreement, as well as the Funds and Union's damages as articulated in the Joint Grievance Award.

**Relief Sought by Plaintiffs**

Plaintiffs seek to enforce the Joint Grievance Award, seeking all damages as expressed in that award to recover unpaid contributions, dues, wages, interest, liquidated damages, audit costs and Plaintiffs' reasonable attorneys' fees and expenses. Plaintiffs further seek unpaid contributions and dues owed from April 1, 2024 forward per the updated audit, plus the associated liquidated damages, accumulated interest, audit costs and proof of Oro's bond compliance with the CBA.

**General Status of Case**

Company waived service on September 21, 2026; and filed its answer on October 22, 2026.

The Funds have been working with Defendants' counsel to get all records necessary for the updated audit report to issue at this time.

2. **Pending Motions** - There are no motions pending currently, nor any deadlines set.

3. **Remaining Discovery/Proposed Discovery Schedule** - Currently, no discovery has issued. Funds and Union are awaiting the updated audit report to understand the full extent of the damages owed by Defendants. The Parties would then be able to discuss if settlement is possible. If needed, the Parties will issue written discovery; they may also conduct depositions of key individuals.

4. **Trial** - If the Parties are unable to settle this matter and it is not resolved through dispositive motion, the Parties anticipate a Trial would take approximately 2-3 days. No jury trial has been requested.

5. **Status of Settlement Discussions** - The Parties have not had any settlement discussions, since prior to filing this action. Currently, Plaintiffs do not request a settlement conference, as the updated audit must be completed before the Parties will be able to attempt to settle this matter.

6. **Consent to Proceed Before a Magistrate Judge** - The Parties do not consent to proceed before the Magistrate Judge at this time.

Respectfully submitted,

By: /s/ Sara S. Schumann
*One of Plaintiffs the Funds' attorneys*
Office of Fund Counsel
11465 W. Cermak Rd.
Westchester, IL 60154
(312) 692-1497
SaraS@chilpwf.com

By: /s/Todd A. Miller
*One of Defendants' attorneys*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4326
tam@alloccomiller.com

By: /s/Joanna Barrera
*One of Plaintiffs the Union's attorneys*
Laborers' District Council
999 McClintock Drive, Suite 300
Burr Ridge, IL 60527
(630) 288-5093
jbarrera@liunachicago.com

Date: November 9, 2026

## CERTIFICATE OF SERVICE

On this 9th day of November 2026, the undersigned certifies that she caused a copy of this **INITIAL JOINT STATUS REPORT** to be served upon the necessary persons and entities by filing it on the Court's Electronic Filing System that will send electronic notice to all those with appearances on file in this case.

/s/Sara S. Schumann