**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−10831
Honorable Sharon Johnson Coleman

Oro Stone Landscaping, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/13/2026. Counsel for plaintiffs reported that the parties are waiting for the audit to be completed. Counsel for defendant reported that he has turned over all the documents, and depending on the auditor, he believes that all documents requested have been given. Case is referred to Magistrate Judge Berry for discovery supervision. Judge Berry has authority to set/adjust discovery deadlines and, within the timeline mandated by Federal Rule of Civil Procedure 16(b)(2), is directed to set deadlines by which to join other parties and amend the pleadings. An in−person status hearing is set for 1/29/2027 at 9:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.