**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−10831
Honorable Sharon Johnson Coleman

Oro Stone Landscaping, LLC, et al.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: discovery supervision. Mailed notice. (ym)

Dated: November 13, 2026

/s/ Sharon Johnson Coleman

United States District Judge