**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−10831
Honorable Sharon Johnson Coleman

Oro Stone Landscaping, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Albert Berry III: This case has been referred to Judge Berry III for discovery supervision and to set deadlines for joining parties or amending pleadings [[16], [17]]. The parties are ordered to hold a Rule 26(f) conference by 11/30/26 and file a Rule 26(f) report with a discovery plan pursuant to Rule 26(f)(3) by 12/7/26. A video status conference is set for 12/15/26 at 10:00 am. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.